No. 89–5490. TYLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5491. CLEVELAND ET AL. v. UNITED STATES; and
No. 89–5494. ESMENDE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 878 F. 2d 1431.

No. 89–5500. BRANHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–5501. BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. Ct. App. La., 2d Cir. Certiorari denied.

No. 89–5507. HUGHES v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–5508. LARSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5511. CASIANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5514. ACOSTA-CAZARES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–5523. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5525. TANNER v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–5530. ZARRILLI v. GARRITY ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–5536. LEACH, AKA YOUNG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5544. STEWART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5550. GORENC v. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 89–5556. BROWN-BEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.